**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:18−cr−00178
Honorable John J. Tharp Jr.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 27, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr as to Phillip Rice: The Court has been advised by the Probation Department that defendant Rice was arrested today on new federal charges. Accordingly, the show cause revocation hearing scheduled for tomorrow, 1/28/26, is stricken. A new hearing will be set after receipt of a report from the Probation Department regarding any new alleged violations of supervised release. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.